United States Bankruptcy Court
Southern District of Texas
**ENTERED**
January 10, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATED BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO: 24-30024 |
| HUGH P. SHANNONHOUSE, § | |
| § | |
| Debtor. § | |
| § | |
| § | CHAPTER 11 |

## ORDER TO SHOW CAUSE

Based on this Court's review of the petition, the Court finds that Troy J. Wilson's, ("*Debtor's counsel*") Federal admissions has expired.[1] It is therefore:

**ORDERED** that Debtor's counsel, appear at an electronic hearing scheduled for **February 1, 2024, at 10:00 a.m.,** to be held before the United States Bankruptcy Court, Houston Division, at which time Debtor's counsel must update the Court on the status of his Federal admission to the District Court.

Pursuant to Bankruptcy General Order 2021-05 parties may either appear electronically or in person unless otherwise Ordered by this Court.

To participate electronically, parties must follow the instructions set forth on Judge Rodriguez's web page located at: https://www.txs.uscourts.gov/content/united-states-bankruptcy-judge-eduardo-v-rodriguez. Parties are additionally instructed to: (i) call in utilizing the dial-in-number for hearings before Judge Rodriguez at **832-917-1510,** conference room number 999276 **and** (ii) log on to GoToMeeting for video appearances and witness testimony, utilizing conference code: judgerodriguez. **Parties MUST HAVE TWO SEPARATE DEVICES to appear by video and telephonically. One device will be used to log on to GoToMeeting and the other will be used to call the telephonic conference line.**

SIGNED January 10, 2024

_____
Eduardo V. Rodriguez
Chief United States Bankruptc

---

[1] *Id.*; *see* Southern District of Texas Local Rule LR83.1(K) ("A lawyer who is not admitted to practice before this Court may appear as attorney-in-charge for a party in a case in this Court with the permission of the judge before whom the case is pending.").